# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

CENTRAL LABORERS' PENSION,
WELFARE AND ANNUITY FUNDS,

    Plaintiffs,

vs.                                  Case Number: 12-974-DRH

EHRET, INC., and
MICHAEL EHRET, individually,

    Defendants.

## ORDER AND DEFAULT JUDGMENT

This matter having come before the Court on plaintiffs' motion for default judgment, due notice having been given, the Court having been fully advised, and a Clerk's Order of Default having previously been entered against defendants, the Court **GRANTS** plaintiff's motion for default judgment and judgment is entered in favor of plaintiffs, CENTRAL LABORERS' PENSION, WELFARE AND ANNUITY FUNDS, and against defendants, EHRET, INC, and MICHAEL EHRET, individually, as follows:

1. $122,151.42 for Remittance Reports that were submitted without money.

2. $3,397.80 for delinquent contributions.

3. $22,650.24 for liquidated damages.

4. $3,437.50 for the plaintiffs' just and reasonable attorneys' fees, costs and expenses.

5. That defendants be given a credit for Report Form overpayments in the amount of seven hundred twenty-one dollars and fifty cents ($721.50).

6. Total Judgment in the amount of $150,915.46.

**IT IS SO ORDERED.**
Signed this 21st day of July, 2014.

Digitally signed by
David R. Herndon
Date: 2014.07.21
09:51:02 -05'00'

**Chief Judge
United States District Court**

2